Commonwealth ex rel. Currier, Appellant, *v.* Russell.

Submitted October 9, 1964. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Leonard J. Currier,* appellant, in propria persona.

*Ralph B. D'Iorio,* Assistant District Attorney, *Domenic D. Jerome,* First Assistant District Attorney, and *Jacques H. Fox,* District Attorney, for appellee.

OPINION PER CURIAM, November 10, 1964:

In the light of our decisions in *Commonwealth ex rel. O'Lock v. Rundle,* 415 Pa. 515, 204 A. 2d 439 (1964), and *Commonwealth ex rel. Goodfellow v. Rundle,* 415 Pa. 528, 204 A. 2d 446 (1964), the orders of the Superior Court and the Court of Common Pleas of Delaware County are reversed. The record is remanded to the court of original jurisdiction with directions to issue the writ and grant a new trial.